IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OZIE RAMBO, | § | |
| Petitioner, | § § § | |
| v. | § § | Civil Action No. 3:16-cv-002-O |
| LUPE VALDEZ et al., | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Magistrate Judge made findings, conclusions, and a recommendation ("FCR") (ECF No. 15) in this case and recommended that this Court dismiss this case as frivolous. Petitioner, *pro se* prisoner, filed a Notice of Interlocutory Appeal (ECF No. 17) stating that he "lacks the ability to represent himself properly and efficiently and effectively—with due diligence—and therefore requires legal counsel of a professional nature." Notice Appeal 1, ECF No. 17. The Court construes Petitioner's filing as an objection. The Court has conducted a de novo review of those portions of the proposed findings and recommendation to which objections were made and it **ACCEPTS** the findings, conclusions, and recommendation of the Magistrate Judge.

Taking Petitioner's claims as true, the Petitioner failed to specifically object to the Magistrate Judge's factual findings and legal conclusions on the medical care rendered, the failure to protect claim, and the non-jural entities in compliance with 28 U.S.C. §636(B)(1) and Fed. R. Civ. P. 72(b). FCR 1–4, ECF No. 15.

Based on the foregoing, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ACCEPTED** and this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **18th day** of **August, 2016**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**